IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
99 SEP 20 PM 3:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
SEP 20 1999

CARL WILLIAMS,  )
 )
    Plaintiff,  )
 )
vs.  )  CV 97-AR-1603-S
 )
MARY BUCKELEW, et al.,  )
 )
    Defendants.  )

## MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on August 24, 1999, recommending that the defendants' motions for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

    Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motions for summary judgment are due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

    DONE this the 20th day of September, 1999.

                                                      WILLIAM M. ACKER, JR.
                                                      UNITED STATES DISTRICT JUDGE